# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| DELVIN LENTER WILLIAMS, | ] | |
| | ] | |
| Petitioner, | ] | |
| | ] | |
| vs. | ] | CIVIL ACTION NO. 07-KOB-RRA-2283-S |
| | ] | |
| COMMISSIONER RICHARD ALLEN and | ] | |
| THE ATTORNEY GENERAL FOR | ] | |
| THE STATE OF ALABAMA, | ] | |
| | ] | |
| Respondents. | ] | |

## ORDER OF DISMISSAL

In accordance with the Memorandum Opinion entered contemporaneously herewith, the petition for a writ of habeas corpus is hereby **DISMISSED**. Costs are taxed to the petitioner.

Done this 28th day of June 2010.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE